IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ALAN CONTRERAS** and **NUBIA HERRERA**,<br><br>        Plaintiff,<br><br>        *versus*<br><br>**GUARDIAN LITIGATION GROUP, LLP,** a District of Columbia Limited Liability Partnership; and **BETTER DEBT SOLUTIONS LLC,** a California Limited Liability Company<br><br>        Defendants, | § § § § § § § § § § § § § § § §    Civil Action No.: 3:24-CV-00416-KC |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendants Guardian Litigation Group, LLP and Better Debt Solutions LLC have resolved their case. Plaintiff hereby requests this Honorable Court dismiss the case against all Defendants with prejudice.

Dated this 28th of February 2025,                Respectfully Submitted,

The Darwich Law Firm, LLC
  /Omar F. Darwich/  _____
Omar F. Darwich
Tx Bar No. 24124686

6090 Surety Dr., #305
El Paso, TX 79905

(915) 671-2221
omar@darwichlegal.com

**ATTORNEY FOR PLAINTIFF**